**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANNE SPERLING, et al.,

    Plaintiffs,

v.                                                               CV No. 19-721 WJ/CG

COMMUNITY INSURANCE
GROUP SPC, LTD., et al.,

    Defendants.

### ORDER GRANTING DEFENDANT ILLINOIS UNION INSURANCE COMPANY'S MOTION FOR EXTENSION TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT

**THIS MATTER** is before the Court on Defendant Illinois Union Insurance Company's *Motion for Extension to File Response to Plaintiffs' Complaint*, (Doc. 33), filed September 19, 2019. The Court, having reviewed the Motion and being otherwise fully advised in the premises, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Defendant Illinois Union Insurance Company may file its response to Plaintiffs' Complaint no later than **September 27, 2019**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE