# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANNE SPERLING, et al.,

    Plaintiffs,

v.                                                     CV No. 19-721 WJ/CG

COMMUNITY INSURANCE
GROUP SPC, LTD., et al.,

    Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on Chief District Judge William P. Johnson's *Memorandum Opinion and Order*, (Doc. 54), granting Plaintiff's *Motion to Remand*, (Doc. 19), this matter to the First Judicial District Court, County of Santa Fe, State of New Mexico.

**IT IS THEREFORE ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 18), and the Telephonic Rule 16 Scheduling Conference set for November 7, 2019, at 3:00 p.m. are **VACATED**.

                                                    THE HONORABLE CARMEN E. GARZA
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE